# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00490-CV

**Melanie C. Jeanes, Appellant**

v.

**Sigma Phi Epsilon Fraternity, Inc. (National); The University of Texas Sig Ep Foundation; Shale Gulbas; and the Sigma Phi Epsilon Fraternity (Texas Alpha Chapter), Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GN-14-001331, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due on January 7, 2015. On January 22, 2015, this Court notified appellant that her brief was overdue and that a failure to respond by February 2, 2015, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed: February 20, 2015